GRAY CONSTRUCTION COMPANY, Respondent, v. HYDE, et al, Appellants.

(260 N. W. 404.)

(File No. 7788. Opinion filed May 4, 1935.)

*Bailey & Voorhees,* of Sioux Falls, for Appellants.
*Case & Case,* of Watertown, for Respondent.

PER CURIAM. In this case a certified copy of notice of appeal and undertaking on appeal was filed in this court on December 26, 1934. Since that time no brief has been filed and no further steps or proceedings have been taken in the prosecution of this appeal.

The appeal is deemed to be abandoned and the order appealed from is affirmed.